606 A.2d 1170

**Ingrid GEHRINGER, Appellant,**

v.

**HAMILTON BANK.**

Supreme Court of Pennsylvania.

Argued April 7, 1992.

Decided May 14, 1992.

Jack M. Seitz, Allentown, for appellant.

Michael J. Plevyak, West Chester, for appellee.

Before NIX, C.J., and FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

34

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.